# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:10-CR-047-JCM (PAL) |
| v. | ) |
| CASSIDY J. COTTEN, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on May 19, 2010, that CASSIDY J. COTTEN shall pay a criminal forfeiture money judgment of $28,999.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #8, #9, #16.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CASSIDY J. COTTEN a criminal forfeiture money judgment in the amount of $28,999.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

. . .

. . .

. . .

1  2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code,
2  Section 853(p).
3        DATED this 7th day of May 2012.

                                                                                       UNITED STATES DISTRICT JUDGE